UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. BONE,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No. 2:18-cv-1173 AC P<br><br><br><u>ORDER</u> |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      The application attacks the modification of sentence/delay of release issued by plaintiff's place of incarceration, the Golden State Modified Community Correctional Facility, in McFarland, California. McFarland is located in Kern County, which is within the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court. This court will not rule on petitioner's request to proceed in forma pauperis.

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: May 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE